**Opinion issued September 30, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00680-CV

———————————

## IN RE PIER 6 SEAFOOD LLC AND PRESTIGE OYSTERS, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Pier 6 Seafood LLC and Prestige Oysters, Inc., filed a petition for writ of mandamus challenging the trial court's denial of their respective motions to dismiss the underlying causes of action alleged by real party in interest, Kelsey Castonguay, individually, as next friend of B.C., a minor child, and as the representative of the Estate of Philip Drew Castonguay, under Texas Rule of Civil

Procedure 91a.[1]  Relators' petition requested that the Court grant their petition for writ of mandamus and direct the trial court to dismiss the claims against them.

We conclude that relators have failed to establish they are entitled to mandamus relief.  The Court therefore denies relators' petition for writ of mandamus.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.

---

[1]  The underlying case is *Kelsey Castonguay, Individually, and as Next Friend of Minor B.C., and as Representative of the Estate of Philip Drew Castonguay v. Pier 6 Seafood LLC and Prestige Oysters, Inc.*, Cause No. CV-0093571, in the County Court at Law No. 3 of Galveston County, Texas, the Honorable Jack Ewing presiding.